UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG -8  A 11:59

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

August 7, 2008

MEMORANDUM TO COUNSEL RE:   United States of America v.
Monika Hill
Criminal ##L-03-0313,
L-03-0556 and L-04-0140

Dear Counsel:

   I thank Mr. Hanlon for his August 5th letter. I appreciate your looking into this matter for Ms. Hill. I will wait to hear from you regarding your follow up with the Bureau of Prisons.

Very truly yours,

Benson Everett Legg

c:   Court file

C/M CHAMBERS   8-8-08